UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| THOMAS HOUGHTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>　　　　　Defendant. | No. ED CV 12-462-PLA<br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is reversed and this case is remanded for further administrative proceedings consistent with the Memorandum Opinion.

DATED: January 8, 2013

　　　　　　　　　　　　　　　　　　　　　／s／ Paul L. Abrams
　　　　　　　　　　　　　　　　　　　　　PAUL L. ABRAMS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE